| | |
|---|---|
| DAVID C. ALLEN (SBN 190479)<br>*david.allen@btlaw.com*<br>KELLEY S. OLAH (SBN 245180)<br>*kelley.olah@btlaw.com*<br>GABRIELLE ANDERSON-THOMPSON (SBN 247039)<br>*gathompson@btlaw.com*<br>**BARNES & THORNBURG LLP**<br>2029 Century Park East, Suite 300<br>Los Angeles, California 90067<br>Telephone: (310) 284-3880<br>Facsimile: (310) 284-3894<br><br>Attorneys for Defendants<br>DEPUY ORTHOPAEDICS, INC.; JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."); JOHNSON & JOHNSON SERVICES, INC. | |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RETTEY,<br><br>          Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., an Indiana corporation; JOHNSON & JOHNSON SERVICES, INC., a New Jersey corporation; JOHNSON & JOHNSON, INC., a New Jersey corporation; THOMAS P. SCHAMLZRIED, MD; and THOMAS P. SCHAMLZRIED, MD, A Professional California Corporation; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. 2:16-cv-02385-TLN-EFB<br><br>**ORDER RE STIPULATION TO STAY ALL PROCEEDINGS**<br><br><br><br><br><br>JURY TRIAL DEMANDED<br><br><br>Complaint Filed: October 4, 2016 |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay All Proceedings submitted by Plaintiff DAVID RETTEY and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., THOMAS SCHMALZRIED, MD, and THOMAS P. SCHMALZRIED, MD, A Professional California Corporation (hereafter collectively "the

Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244;

3. Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 20, 2017

_____
Troy L. Nunley
United States District Judge